# MEMORANDA

OF

## DECISIONS RENDERED WITHOUT EXTENDED OPINIONS DURING THE PERIOD EMBRACED IN THIS VOLUME.

No. 4,556.—DAN J. DONOHUE, Respondent, *v.* PRAIRIE COUNTY, Appellant.

*Appeal from District Court, Prairie County; Geo. P. Jones, Judge.*

Decided May 10, 1921.

PER CURIAM.—Upon motion of respondent, the appeal in the above-entitled cause is dismissed.

*Mr. Jos. C. Tope* and *Mr. George W. Farr*, for Appellant.

*Mr. N. A. Rotering*, for Respondent.

No. 4,365.—THAD. S. SMITH, Respondent, *v.* JACOB MILLER, Appellant.

*Appeal from District Court, Yellowstone County; A. C. Spencer, Judge.*

Decided May 11, 1921.

PER CURIAM.—Pursuant to praecipe for dismissal filed herein, the appeal in the above-entitled cause is dismissed as settled.

*Mr. B. L. Price* and *Messrs. Dillavou & Moore*, for Appellant.

*Mr. Thad. S. Smith* and *Mr. Scott S. Smith*, for Respondent.